

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00038-CV

The **STATE** of Texas,
Appellant

v.

**1997 CHEVROLET 1500, VIN 2GCEK19R8V1215273** (Travis Vernon Hodges and Texas
Car Title & Payday Loan Services, Inc.),
Appellees

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 16225A
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's memorandum opinion of this date, the trial court's dismissal order is AFFIRMED. Costs on appeal are taxed against Appellant the State of Texas.

SIGNED October 10, 2018.

_____
Karen Angelini, Justice